

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-17-00335-CR

Josiah David **LEWIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9616
Honorable Dick Alcala, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on September 13, 2017. On September 19, 2017, this court notified the court reporter responsible for preparing the record, Ms. Debra Doolittle, that the record was late. Ms. Doolittle was instructed to file a notification of late record if the record had not been filed because appellant had failed to pay or make arrangements to pay the fee for preparing the record or to file the record in this court no later than October 19, 2017. On September 26, 2017, Ms. Doolittle filed a notification of late record stating her intention to file the record by October 13, 2017. The record has not been filed.

It is therefore ORDERED that Ms. Doolittle file the reporter's record for this appeal in this court no later than November 20, 2017. If the record is not filed by such date, an order may be issued directing Ms. Doolittle to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Doolittle by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Jefferson Moore, Judge of the 186th Judicial District Court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.



KEITH E. HOTTLE,
Clerk of Court